# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **RONALD TYUS,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 08-0370-WS-C** |
| **BILLY WRIGHT,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

**DONE** this 17th day of March, 2011.

s/WILLIAM H. STEELE  
CHIEF UNITED STATES DISTRICT JUDGE